UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 8:23-01906 JVS (ADS)　　　　　　　　　　Date: December 30, 2024

Title: *Larry Butler v. O'Neil Moving Systems, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**　　**(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING SANCTIONS**

　　On December 16, 2024, the Court held an initial pre-settlement conference between the parties. (Dkt. No. 31.) Plaintiff's counsel arrived fifteen minutes late. The Court continued the pre-settlement conference to December 30, 2024. (Id.) Plaintiff's counsel, however, failed to appear.

　　The Court **ORDERS** Plaintiff to show cause **by no later than 5:00 p.m. on January 6, 2025**, why he should not be sanctioned and ordered to pay an amount to recompense Defendant for opposing counsel's attorney fees. The Court further **ORDERS** that an **in-person** hearing is set **January 10, 2025, at 11:00 a.m.** Defendant's counsel need not appear.

　　**IT IS SO ORDERED.**

Initials of Clerk kh